# UNITED STATES DISTRICT COURT
## District of Minnesota

Tomas Martinez Gregorio

Petitioner, v.

Todd M. Lyons, David Easterwood, Kristi Noem, Joel Brott, Pamela Bondi

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01151-DWF-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is GRANTED.
2. The Court DECLARES that Petitioner's current detention is unlawful under the Constitution and laws of the United States.
3. Respondents are ORDERED to release Petitioner from custody immediately.
4. Within three (3) days of the date of this Order, Respondents shall provide the Court with a status update confirming Petitioner's release.
5. Respondents are directed to release Petitioner:

a. In Minnesota;

b. With all personal documents and belongings, such as his driver's license, passport, other immigration documents, and cell phone;

c. Without any conditions on release, including but not limited to requiring Petitioner to sign an "Order of Release on Recognizance" or requiring Petitioner to enroll and complete an "Alternatives to Detention" program;

d. Without any tracking devices; and

e. With all clothing and outerwear he was wearing at the time of detention, or other proper winter attire.

6. Respondents shall provide reasonable advance notice to counsel to arrange for a safe release of Petitioner.
7. Respondents are ENJOINED from re-detaining Petitioner under this same statutory theory, absent materially changed circumstances.

Date: 2/11/2026

KATE M. FOGARTY, CLERK